**No. 09-9908. Ronald Eugene Reeve, Petitioner v. Roseann Campbell, Warden.**

560 U.S. 913, 130 S. Ct. 3310, 176 L. Ed. 2d 1199, 2010 U.S. LEXIS 4019.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 20.